■ In the Matter of MICHAEL T., a Person Alleged to be a Juvenile Delinquent, Appellant. [38 NYS3d 908]—

Order of disposition, Family Court, Bronx County (Peter J. Passidomo, J.), entered on or about April 21, 2014, which

adjudicated appellant a juvenile delinquent upon a fact-finding determination that he committed acts that, if committed by an adult, would constitute the crimes of robbery in the second degree, grand larceny in the fourth degree, criminal possession of stolen property in the fifth degree and jostling, and placed him on probation for a period of 18 months, unanimously affirmed, without costs.

The court's fact-finding determination was not against the weight of the evidence (*see People v Danielson*, 9 NY3d 342, 348-349 [2007]). There is no basis for disturbing the court's credibility determinations, including its evaluation of inconsistencies.

Appellant did not preserve his claim that the court erred in admitting evidence of his pretrial silence, and we decline to review it in the interest of justice. As an alternative holding, we find no basis for reversal. The record plainly demonstrates the court's awareness that pretrial silence is inadmissible, and its general refusal to receive such evidence. Accordingly, there is no reason to believe that the allegedly offending question influenced the court's fact-finding determination (*see People v Torres*, 249 AD2d 229 [1st Dept 1998], *lv denied* 92 NY2d 861 [1998]; *see also Matter of Jamar W.*, 269 AD2d 103 [1st Dept 2000], *lv denied* 95 NY2d 752 [2000]). Concur—Sweeny, J.P., Renwick, Manzanet-Daniels, Gische and Webber, JJ.